UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States District Court,

     Petitioner,

v.

Raymond v. Yokiel,

     Respondent,

ORDER
Misc. No. 07-50 (MJD/AJB)

_____

This matter is before the Court upon the motion of Respondent to stay proceedings and to dismiss for lack of subject matter jurisdiction.  By this motion, Respondent seeks to avoid appearing at the U.S. Attorney's Office for the District of Minnesota as ordered by the Magistrate Judge in an Order dated November 21, 2007.

The Court has reviewed the submissions of the parties and finds no merit to Respondent's motion.

Accordingly, IT IS HEREBY ORDERED that Respondent's motion to stay proceedings and to dismiss [Doc. No. 13] is DENIED.  Respondent shall appear at the offices of the U.S. Attorney for the District of Minnesota on December 4, 2007

at 10:00 a.m. to provide testimony as required by the IRS Summons and to provide such records described in the IRS Summons.

Date: December 3, 2007

                                             s / Michael J. Davis
                                             Michael J. Davis
                                             United States District Court